B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
**District of Delaware**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Institutional Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**56-2364218** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**10421 South Jordan Gateway, Suite 600**<br>**Salt Lake City, Utah**<br>ZIP CODE **84095** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Salt Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**10421 South Jordan Gateway, Suite 600**<br>**Salt Lake City, Utah**<br>ZIP CODE **84095** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in
  11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other
  **Financial Services**

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which**
**the Petition is Filed** (Check one box.)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
☐ Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer
  debts, defined in 11 U.S.C.
  § 101(8) as "incurred by an
  individual primarily for a
  personal, family, or house-
  hold purpose."
☑ Debts are primarily
  business debts.

**Filing Fee** (Check one box.)

☑ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach
  signed application for the court's consideration certifying that the debtor is
  unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
  insiders or affiliates) are less than $2,190,000.
-----------------------------------------------
**Check all applicable boxes:**
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes
  of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
  distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): American Institutional Partners, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: District of Utah | Case Number: 09-25375 | Date Filed: 5/27/2009 |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: AIP Resort Development, LLC | Case Number: 10-25027 JTM | Date Filed: 4/19/2010 |
| District: District of Utah | Relationship: Subsidiary | Judge: Marker |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> American Institutional Partners, LLC |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X */s/ John D. McLaughlin, Jr.* <br> Signature of Attorney for Debtor(s) <br> John D. McLaughlin, Jr. (No. 4123) <br> Printed Name of Attorney for Debtor(s) <br> Ciardi Ciardi & Astin <br> Firm Name <br> 919 North Market Street, Suite 700 <br> Address Wilmington, DE 19081 <br><br> 302-658-1100 <br> Telephone Number <br> 9 April 2011 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X */s/ Mark H. Robbins* <br> Signature of Authorized Individual <br> Mark H. Robbins <br> Printed Name of Authorized Individual <br> Manager <br> Title of Authorized Individual <br> 3-9-11 <br> Date | |

# JOINT WRITTEN CONSENT OF
# THE MANAGER AND THE SOLE MEMBER
# OF
# AMERICAN INSTITUTIONAL PARTNERS, LLC

The undersigned parties, being the manager (the "Manager") of American Institutional Partners, LLC, a Delaware limited liability company (the "Company"), and the sole member (the "Sole Member") of the Company do hereby adopt the following resolutions by signing the Manager's and Sole Member's joint written consent hereto:

## PETITION FOR RELIEF UNDER CHAPTER 11, TITLE 11
## OF THE UNITED STATES CODE

WHEREAS, the Manager and the Sole Member, after due consideration, and being fully advised of the Company's options, deem it to be in the best interests of the Company to seek relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court in the District of Delaware ("Bankruptcy Court"); and

WHEREAS, the Company will need to take certain steps to seek relief under the Bankruptcy Code;

NOW, THEREFORE, IT IS HEREBY:

RESOLVED, that the Company be, and hereby is, authorized to seek relief under the Bankruptcy Code; and further

RESOLVED, that the Manager be, and hereby is, authorized and directed to execute and deliver on behalf of the Company any and all documents, certificates, instruments and agreements, and to take any and all actions as the Manager deems necessary or appropriate in connection with seeking relief under the Bankruptcy Code; and further

RESOLVED, that the Manager be, and hereby is, authorized and directed to take any and all further action by and on behalf of the Company as the Manager shall deem necessary or appropriate to further the purposes of the foregoing resolutions; and further

RESOLVED, that the Manager be, and hereby is, authorized, in the name and on behalf of the Company, to incur and pay any and all necessary and reasonable fees and expenses incurred in connection with the actions contemplated by the foregoing resolutions including, without limitation, the engagement of counsel, accountants, financial institutions, other advisors and other agents; and further

RESOLVED, that any and all actions of the Manager and/or any agent of the Company, acting within the scope of authority designated by the Manager, taken prior to the date hereof, which would be authorized by the foregoing resolutions if taken after the date hereof, be and hereby are, ratified, adopted and approved as of the date such actions were taken.

## RETENTION OF CIARDI, CIARDI & ASTIN, P.C.

WHEREAS, the Manager and Sole Member, after due consideration, deem it to be in the best interests of the Company to seek relief under the Bankruptcy Code; and

WHEREAS, the Manager and Sole Member, after due consideration, deem it to be in the best interests of the Company to retain Ciardi, Ciardi & Astin, P.C. ("Ciardi, Ciardi & Astin") to represent the Company in connection with obtaining and pursuing relief under the Bankruptcy Code;

NOW, THEREFORE, IT IS HEREBY:

RESOLVED, that the Company be, and hereby is, authorized to retain Ciardi, Ciardi & Astin for the purpose of obtaining relief under the Bankruptcy Code, of representing the Company before the Bankruptcy Court and for such other purposes as the Manager shall deem appropriate; and further

RESOLVED, that the Company be, and hereby is, authorized to disburse the requisite retainer to Ciardi, Ciardi & Astin and to make such other disbursements, consistent with the Bankruptcy Code and as approved by the Bankruptcy Court, to Ciardi, Ciardi & Astin as the Manager shall deem appropriate; and further

RESOLVED, that the Manager be, and hereby is, authorized and directed to execute and deliver on behalf of the Company any and all documents and to take such actions as the Manager deems necessary or appropriate in connection with retaining Ciardi, Ciardi & Astin; and further

RESOLVED, that the Manager be, and hereby is, authorized and directed to take any and all further action by and on behalf of the Company as the Manager shall deem necessary or appropriate to further the purposes of the foregoing resolutions; and further

RESOLVED, that any and all actions of the Manager and/or any agent of the Company, acting within the scope of authority designated by the Manager, taken prior to the date hereof, which would be authorized by the foregoing resolutions if taken after the date hereof, be and hereby are, ratified, adopted and approved as of the date such actions were taken.

These actions and resolutions are effective as of March 8, 2011.

SEVEN INVESTMENTS LLC

By: Mark H. Robbins
Title: Manager

By: Mark H. Robbins
Title: Manager

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | Chapter 11 |
|---|---|---|
| AMERICAN INSTITUTIONAL PARTNERS, LLC | : | Case No. 09-10_____ (____) |
| Debtor | : | |

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULE 1007(1) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 1007(1) of the Federal Rules of Bankruptcy Procedure, Seven Investments, LLC is the sole member of Debtor.

AMERICAN INSTITUTIONAL PARTNERS, LLC

Dated: 3/9/2011

By: _____
Mark H. Robbins
Manager

American Institutional Partners, LLC
10421 South Jordan Gateway, Suite 600
Salt Lake City, UT 84095

John D. McLaughlin, Jr., Esq.
Ciardi Ciardi & Astin
919 North Market Street, Suite 700
Wilmington, DE 19801

Theodore A. Kittila, Esq.
Elliott Greenleaf
1105 Market Street, Suite 1700
Wilmington, DE 19801

Seven Investments LLC
c/o Pearson Law, P.C.
10421 S. Jordan Gateway, Suite 600
Salt Lake City, UT 84095

Alison Robbins
c/o Pearson Law
10421 S. Jordan Gateway, Suite 600
Salt Lake City, UT 84095

Durham Jones & Pinegar
Jeffrey M. Jones, Esq.
P.O. Box 4050
Salt Lake City, UT 84110-4050

David Ray, Trustee
c/o Richardson & Patel
10900 Wilshire Blvd., #500
Los Angeles, CA 90024

DPR Management, LLC
10421 S. Jordan Gateway, Suite 600
SoUtahh Jordan, UT 84095

Regions Bank
c/o Evans LeRoy & Hackett
920 McCallie Avenue
Chattanooga, TN 37403

Fairstar Resources Ltd.
c/o Kirton & McConkie
60 E. So. Temple, #1800

Salt Lake City, UT 84110

Goldlaw Pty Ltd.
c/o Kirton & McConkie
60 E. So. Temple, #1800
Salt Lake City, UT 84110

Jones Waldo
170 S. Main Street, Ste. 1500
Salt Lake City, UT 84101

D&D Aviation
Dick Hopkins
470 North 2400 West
Salt Lake City, UT 84116

Rodney Rasmussen
2149 SoUtahh 2200 East
Salt Lake City, UT 84109

Michael Peterson
17 Canary Court
Danville, CA 94526

Rama Ramachandran
c/o Bibianne U. Fell
4330 LaJolla Village Dr. #310
San Diego, CA 92122

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

Payne & Fears, LLP
c/o Hill Johnson & Schmutz
4344 N. 300 W., #300
Provo, UT 84504

Kim Haskins
Farmington, UT 84025

Salt Lake County Assessor
2001 South State
Salt Lake City, UT 84190

CallTower

5 Thomas Melton Circle Ste. 305
San Francisco, CA 94134-2512

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
New York Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903