# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 11-10709 (MFW) |
| AMERICAN INSTITUTIONAL PARTNERS, LLC, | : |
| | : Hearing Date: April 18, 2011 at 11:30 a.m. (EST) |
| Debtor. | : Objection Deadline: April 11, 2011 at 4:00 p.m. (EST) |

## DEBTOR'S MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

American Institutional Partners, LLC (the "Debtor"), by and through its undersigned counsel, Ciardi Ciardi & Astin, hereby moves (the "Motion") this Court for entry of an order extending the time within which the Debtor must file its schedules and statements of financial affairs pursuant to sections 105(a) and 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support of the Motion, the Debtor respectfully state as follows:

## BACKGROUND

1. On March 9, 2011 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. Pursuant to Federal Rule of Bankruptcy Procedure 1007(c), the schedules of assets and liabilities and statement of financial affairs (collectively, the "Schedules") were initially due by March 24, 2011.

## RELIEF REQUESTED

3. By this Motion, the Debtor seeks entry of an order, pursuant to Bankruptcy Rules 1007(c) and 9006, extending the time for the filing of its schedules of assets and liabilities and statement of financial affairs (collectively, the "Schedules") by a period of thirty (30) days,

through and including April 24, 2010 without prejudice to the Debtor's ability to request additional time.

## BASIS FOR RELIEF

4. Bankruptcy Rule 1007(c) requires a debtor to file its schedules and statements within 15 days of the filing of the voluntary petition for relief. Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure provides in part:

> when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

FED. R. BANK. P. 9006(b)(1).

6. The Debtor presently has no in house financial professionals to assist it with the preparation of its Schedules. Working in conjunction with its corporate counsel, the Debtor has commenced the task of gathering the necessary information to prepare and finalize its Schedules and believes that it will file the schedules well in advance of this proposed extended deadline; however, the Debtor, out of an abundance of caution, files this instant Motion to the extent that it is unable to file the Schedules prior to the deadline extended by the First Extension Order.

7. The Debtor, therefore, requests that the Court establish April 24, 2011 as the date on or before which it must file its Schedules, without prejudice to the Debtor's right to seek further extensions or other relief from this Court, or to seek a waiver of the requirement of filing certain Schedules.

8. Furthermore, no prejudice will be caused to any creditor or other interested party by permitting the Debtor an extension of time until April 24, 2011 to prepare and file the Schedules.

9. As a general rule, the relief requested herein is ordinarily granted in a Chapter 11 case such as this. *See, e.g., In re Wave Wireless Corporation*, Case No. 06-11267 (PJW) (Bankr. D. Del. Nov. 27, 2006); *In re Aurora Foods Inc.*, Case No. 03-13744 (MFW) (Bankr. D. Del. Jan. 9, 2004); *In re Rouge Industries, Inc.*, Case No. 03-13272 (MFW) (Bankr. D. Del. Nov. 27, 2003); *In re Chart Industries, Inc.*, Case No. 03-12114 (JWV) (Bankr. D. Del. July 10, 2003); *In re GenTek, Inc.*, Case No. 02-12986 (Bankr. D. Del. Dec. 3, 2002).

WHEREFORE, the Debtor respectfully requests this Court to enter an Order granting an extension of time until April 24, 2011 for the Debtor to file its Schedules and grant such other and further relief as is just and proper.

Dated: March __, 2011  
Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ John D. McLaughlin, Jr.*  
John D. McLaughlin, Jr. (4123)  
919 Market Street, Suite 700  
Wilmington, DE 19803  
Telephone: (302) 658-1100  
Facsimile: (302) 658-1300  
jmclaughlin@ciardilaw.com

*Proposed Counsel to the*  
*Debtor in Possession*