# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 11-10709 (MFW) |
| AMERICAN INSTITUTIONAL PARTNERS, LLC, | : |
| | : Hearing Date: April 18, 2011 at 11:30 a.m. (EST) |
| Debtor. | : Objection Deadline: April 11, 2011 at 4:00 p.m. (EST) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 24, 2011, American Institutional Partners, LLC (the "Debtor"), filed the **Debtor's Motion for an Extension of Time to File Schedules and Statements of Financial Affairs** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned, on or before **April 11, 2011, at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if an objection is filed, a hearing on the Motion may be held before The Honorable Mary F. Walrath in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, on **April 18, 2011 at 11:30 a.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if no objection to the Motion is timely filed in accordance with the above procedures, the Bankruptcy Court may enter an Order granting the relief sought in the Motion without further notice or hearing.

Dated: March 24, 2011
Wilmington, Delaware

CIARDI CIARDI & ASTIN

/s/ John D. McLaughlin

John D. McLaughlin, Jr. (4123)
919 Market Street, Suite 700
Wilmington, DE 19803
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmclaughlin@ciardilaw.com

*Proposed Counsel to the
Debtor in Possession*