B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re: American Institutional Partners, LLC
Debtor(s)

Case No. 11-10709 (MFW)
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| David L. Ray, Chapter 7 Trustee c/o Holme Roberts & Owen LLP 800 West Olympic Boulevard, 4th Floor Los Angeles, CA 90015 | Sharon Z. Weiss (213) 572-4300 Holme Roberts & Owen LLP 800 West Olympic Boulevard, 4th Floor Los Angeles, CA 90015 | Litigation Claims | Contingent / Unliquidated / Disputed | $8,016,513.00 |
| Regions Bank c/o Evans LeRoy & Hackett PLLC One Central Plaza, Suite 800 835 Georgia Avenue Chattanooga, Tennessee 37402 | Evans LeRoy & Hackett PLLC (888) 257-5161 One Central Plaza, Suite 800 835 Georgia Avenue Chattanooga, Tennessee 37402 | Loan | Contingent / Unliquidated / Disputed | $2,784,733.00 |
| Fairstar Resources Ltd. Goldlaw Pty. Ltd. c/o Kirton&McConkie 60 E. So. Temple, #1800 Salt Lake City, UT 84111 | Robert Prince, Esq. (801) 328-3600 Kirton & McConkie 60 E. So. Temple, #1800 Salt Lake City, UT 84111 | Judgment | Disputed | $2,200,000.00 |

| | | | | |
|---|---|---|---|---|
| Rodney Rassmussen<br>2149 South 2200 East<br>Salt Lake City, UT 84109 | Rodney Rassmussen<br>2149 South 2200 East<br>Salt Lake City, UT 84109 | Contract Liability | Unliquidated | $300,000.00 |
| Michael Peterson<br>17 Canary Court<br>Danville, CA 94526 | Michael Peterson<br>17 Canary Court<br>Danville, CA 94526 | Contract Liability | Unliquidated | $300,000.00 |
| Rama Ramachandran<br>c/o Bibianne U. Fell<br>4330 LaJolla Village Dr., #310<br>San Diego, CA 92122 | Rama Ramachandran<br>c/o Bibianne U. Fell<br>4330 LaJolla Village Dr., #310<br>San Diego, CA 92122 | Loan | Disputed / Subject to Set Off | $266,000.00 |
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134 | Taxes | Disputed | $100,000.00 |
| Internal Revenue Service<br>50 South 200 East<br>Salt Lake City, UT 84111 | Pete Trebesch<br>(801) 799-6903<br>50 South 200 East<br>Salt Lake City, UT 84111 | Taxes | Disputed | $62,593.30 |
| Payne & Fears, LLP<br>c/o Hill Johnson & Schmutz<br>4844 North 300 West #300<br>Provo, UT 84604 | Payne & Fears, LLP<br>c/o Hill Johnson & Schmutz<br>4844 North 300 West #300<br>Provo, UT 84604 | Trade Debt (Legal Services) | Unliquidated | $37,718.73 |
| Kim Haskins<br>[Address Unknown]<br>Farmington, UT | Kim Haskins<br>[Address Unknown]<br>Farmington, UT | Trade Debt | | $8,000.00 |
| Salt Lake County Assessor<br>2001 S. State St.<br>Salt Lake City, UT 84109 | Salt Lake County Assessor<br>2001 S. State St.<br>Salt Lake City, UT 84109 | Taxes | Disputed | $4,266.00 |
| CallTower<br>5 Thomas Mellon Cir., Ste. 305<br>San Francisco, CA 94134 | CallTower<br>5 Thomas Mellon Cir., Ste. 305<br>San Francisco, CA 94134 | Trade Debt | Unliquidated | $2,314.84 |
| The Motley Fool<br>2000 Duke St. 4th Fl.<br>Alexandria, VA 22314 | The Motley Fool<br>2000 Duke St. 4th Fl.<br>Alexandria, VA 22314 | Trade Debt | Unliquidated | $1,559.25 |
| Les Olson Company<br>P.O. Box 65598<br>Salt Lake City, UT 84165 | Les Olson Company<br>P.O. Box 65598<br>Salt Lake City, UT 84165 | Trade Debt | Unliquidated | $245.64 |
| DirecTV<br>P.O. Box 60036<br>Los Angeles, CA 90060 | DirecTV<br>P.O. Box 60036<br>Los Angeles, CA 90060 | Trade Debt | Unliquidated | $165.02 |
| | | | | |

| Webb Audio Visual 3020 S. West Temple Salt Lake City, UT 84115 | Webb Audio Visual 3020 S. West Temple Salt Lake City, UT 84115 | Trade Debt | Unliquidated | $106.80 |
| Durham Jones & Pinegar 111 East Broadway, Suite 900 Salt Lake City, Utah 84111 | Jeffrey M. Jones, Esq. (801) 415-3000 Durham Jones & Pinegar 111 East Broadway, Suite 900 Salt Lake City, Utah 84111 | Trade Debt (Legal Services) | Unliquidated | $1,800,000.00 (Secured by Property Having Estimate Value in Excess of $40,000,000) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Mark H. Robbiins, the manager of the named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____ 31 March 2011 _____          Signature _____ /s/ Mark H. Robbins _____

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.