U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware 19801
Tel. (302) 573-6491        Fax (302) 573-6497

CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTOR: American Institutional Partners, LLC

CASE NUMBER: 11-10709(MFW)

DATE PETITION FILED: 03/09/2011

TIME OF MEETING: 3:00p.m.

PLACE OF MEETING:  U. S. Federal Bldg.; 844 King Street, Room 2112, Wilmington, DE 19801

ORIGINAL 341 (a): 04/06/11

ADJOURNED 341 (a)

DEBTORS ATTORNEY (APPEARING): Jack McLaughlin, Esquire
                               (Ciardi, Ciardi & Astin)


COUNSEL/CRED/COMM. (APPEARING): N/A
FIRM NAME:

WITNESS (NAME & TITLE): Mark Robbins, Managers
SCHEDULES FILED:                           NO (X )

WHY HAVE SCHEDULES NOT BEEN FILED: An order extending time to file has been entered

WHEN WILL SCHEDULES BE FILED: 04/29/11

HAS DEBTOR FILED INTERIM REPORTS:     YES (  )            NO (X )

IF NO, WHY NOT: To be filed in 5 days

WERE QUARTERLY FEES EXPLAINED:       YES (X )            NO (  )


                                          /s/ David M. Klauder
                                          David M. Klauder
                                          Trial Attorney
DATE: April 6, 2011                 CONCLUDED (  )   CONTINUED (X)

MEETING CONTINUED TO OPEN DATE:(  )
MEETING CONTINUED TO SET DATE: Continued Meeting to May 4, 2011 @ 11:00a.m.