IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| American Institutional Partners, LLC, | : Case No. 11-10709 (MFW) |
| | : |
| Debtor. | : |
| | : |

## NOTICE OF *AMENDED*[1] AGENDA OF MATTER SCHEDULED FOR HEARING ON APRIL 18, 2011 AT 11:30 A.M.

## *HEARING CANCELLED*

### STATUS CONFERENCE GOING FORWARD

1. Debtor's Motion to Extend Deadline to File Schedules and Statement of Financial Affairs; filed March 24, 2011 [Docket No. 11].

   Response Deadline: April 11, 2011 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A. Certificate of No Objection; filed April 14, 2011 [Docket No. 17].

   B. Proposed Order

   Status: **The Court has indicated it will be entering the Order, and the hearing is cancelled.**

Dated: 15 April 2011

CIARDI CIARDI & ASTIN

_____
John D. McLaughlin, Jr. (No. 4123)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmclaughlin@ciardilaw.com

*Proposed Counsel to the Debtor*

---

[1] **Amended items appear in bold.**