UNITED STATES BANKRUPTCY COURT
DISTRICT OF **DELAWARE**

In re **AMERICAN INSITUTIONAL**      Case No. **11-10709 (MFW)**
Debtor **PARTNERS, LLC**

### INITIAL MONTHLY OPERATING REPORT
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | ✓ | |
| **Certificates of Insurance:** | | |
|    Workers Compensation | ⎫ | |
|    Property | ⎪ | |
|    General Liability | ⎬ N/A - NONE | IN FULL |
|    Vehicle | ⎪ | |
|    Other: | ⎪ | |
|    Identify areas of self-insurance w/liability caps | ⎭ | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
|    Tax Escrow Account | N/A - NONE | |
|    General Operating Account | TO BE PROVIDED | |
|    Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | N/A - NONE | |
|    Other: | | |
| **Retainers Paid (Form IR-2)** | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____      _____
Signature of Debtor      Date

_____      _____
Signature of Joint Debtor      Date

*[signature]*      **4-6-11**
Signature of Authorized Individual*      Date

**MARK H. ROBBINS, MANAGER**      **MANAGER**
Printed Name of Authorized Individual      Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

In re **AMERICAN INSURANCE PARTNERS, LLC**  
Debtor  
Case No. **11-10709 (NLW)**

# CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: **MARCH, 2011** through **FEBRUARY, 2012**

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary.

| | Month 3/11 | Month 4/11 | Month 5/11 | Month 6/11 | Month 7/11 | Month 8/11 | Month 9/11 | Month 10/11 | Month 11/11 | Month 12/11 | Month 1/12 | Month 2/12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | | | | | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | |
| CASH SALES | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- |
| ACCOUNTS RECEIVABLE | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- | -0- |
| LOANS AND ADVANCES | | | | | | | | | | | | | |
| SALE OF ASSETS | N/A | | | | | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | TBD * | | | | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | -0- | | | | | | | | | | | | -0- |
| PAYROLL TAXES | -0- | | | | | | | | | | | | -0- |
| SALES, USE, AND OTHER TAXES | -0- | | | | | | | | | | | | -0- |
| INVENTORY PURCHASES | -0- | | | | | | | | | | | | -0- |
| SECURED/RENTAL/LEASES | -0- | | | | | | | | | | | | -0- |
| INSURANCE | -0- | | | | | | | | | | | | -0- |
| ADMINISTRATIVE & SELLING | -0- | | | | | | | | | | | | -0- |
| OTHER (ATTACH LIST) | -0- | | | | | | | | | | | | -0- |
| PROFESSIONAL FEES | | | | | | | | | | | | | |
| U.S. TRUSTEE FEES | | | | | | | | | | | | | |
| COURT COSTS | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | | |
| **Cash End of Month** | | | | | | | | | | | | | |

* TO BE AMENDED WHEN DIP LENDING FACILITY IS FINALIZED

FORM IR-1 (4-07)

In re AMERICAN INSTITUTIONAL  Case No. 11-10709 (MFW)
Debtor PARTNERS LLC  Reporting Period: INTERIM - MARCH 2011

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS

(This schedule is to include each Professional paid a retainer[1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| CROSS & SIMON LLP ASTN | — | — | SEVEN INVESTMENTS LLC (NEW LABEL THIRD R.M.B.) | $25,000. | $6,163.00 | 18,837.00 |

[1] Identify all Evergreen Retainers

Form IR-2 (4-07)