| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| AMERICAN INSTITUTIONAL | : |
| PARTNERS, LLC, | : Case No. 11-10709 (MFW) |
| | : |
| Debtor. | : |

## NOTES AND DISCLAIMERS REGARDING THE DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS AND LIABILITIES

On March 9, 2011 (the "Petition Date"), the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor hereby submits its Statement of Financial Affairs (the "Statement") and Schedules of Assets and Liabilities (the "Schedules") pursuant to section 521 of the Bankruptcy Code and Rule 1007 Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"). The following notes regarding the Statement and Schedules are fully incorporated into and made part of the Statement and Schedules and should be referred to and considered in connection with any review of the Statement and Schedules:

1.     Unless otherwise noted, the financial and other information contained in the Statement and Schedules is derived from the Debtor in accordance with the Debtor's financial reporting and accounting policies and procedures. The information provided for herein, except as otherwise noted, represents the asset and liability data of the Debtor as of the Petition Date.

2.     Given the differences between the information to be submitted in the Statement and Schedules and the financial information utilized under Generally Accepted Accounting Principles, the aggregate asset values and claim amounts set forth in the Statement and Schedules may not reflect the values and amounts that would be set forth in a balance sheet or other

financial reports for the Debtor prepared in accordance with Generally Accepted Accounting Principles.

3.     The Statement and Schedules prepared by the Debtor's management and professionals are unaudited.  While the Debtor has tried to ensure that the Statement and Schedules are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Statement and Schedules.

4.     While the Debtor has sought to file a complete and accurate Statement and Schedules, inadvertent errors and omissions may exist.  The Debtor reserves all rights to amend the Statement and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statement and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

5.     Any failure to designate a claim on the Statement and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules or the Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserves the right to amend its Schedules and Statement as necessary and appropriate.

6.      The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Statement and Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

7.      Schedule "E" contains the Debtor's best estimate of all of the potential priority claims against the Debtor's estate held by governmental entities. The Debtor has not determined whether, and to what extent, any of the creditors identified on Schedule "E" in fact are entitled to priority under section 507 of the Bankruptcy Code.  The Debtor reserves the right to assert that claims identified on Schedule "E" are not claims that are entitled to priority.

8.      While reasonable efforts have been made to ensure the accuracy of Schedule "G," the Debtor does not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth herein, or the validity or enforceability of any contracts, agreement, or documents listed herein. The Debtor hereby reserves the right to dispute the validity, status, characterization, re-characterization (whether as disguised financings or otherwise) or enforceability of any contracts, agreements or leases set forth herein and to amend or supplement this Schedule "G."

9.      Certain of the contracts, agreements and leases listed on Schedule "G" may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed herein.

# United States Bankruptcy Court
## District of Delaware

In re   **American Institutional Partners, LLC**
_____,
                                 Debtor

Case No.   **11-10709**

Chapter          **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 35,218,500.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,175,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 68,359.30 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 11,791,577.11 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 35,218,500.00 | | |
| Total Liabilities | | | | 14,034,936.41 | |

In re     **American Institutional Partners, LLC**                    ,       Case No.     **11-10709**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

In re   **American Institutional Partners, LLC**         ,       Case No.    **11-10709**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       0.00<br>(Total of this page)

__5__ continuation sheets attached to the Schedule of Personal Property

In re   **American Institutional Partners, LLC** _____,   Case No. ___**11-10709**_____

                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **See Attachment B13** | - | 4,218,500.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Promissory Note and Line of Credit Agreement between Debtor, as lender, and AIP Resort Development, LLC, as borrower, dated as of October 10, 2006** | - | 31,000,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                    Sub-Total >     35,218,500.00
                                                    (Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

**Attachment B13:**

**13. Stock and interests in incorporated and unincorporated businesses. Itemize.**

| DESCRIPTION OF PROPERTY | CURRENT VALUE OF PROPERTY |
|---|---|
| Limited liability company interests in AIP Belize Club, LLC, a Delaware limited liability company | Unknown |
| Limited liability company interests in AIP Capital, LLC, a Delaware limited liability company | Unknown |
| Membership interests in AIP/EM Development, LLC, a Utah limited liability company* | Unknown |
| Limited liability company interests in AIP Funding, LLC (formerly known as "AIP Lending, L.L.C."), a Delaware limited liability company* | Unknown |
| Limited liability company interests in AIP Hedging Consulting Services, LLC, a Delaware limited liability company | Unknown |
| Limited liability company interests in AIP Jets, LLC, a Delaware limited liability company* | Unknown |
| Limited liability company interests in AIP Management, LLC, a Delaware limited liability company* | Unknown |
| 55% limited liability company interest in AIP Resort Development, LLC, a Delaware limited liability company* | Estimated approx. $4,218,500 |
| Limited liability company interests in AIP Securities, LLC, a Delaware limited liability company* | Unknown |
| Limited liability company interests in Island Resort Development, LLC, a Delaware limited liability company | Unknown |
| Limited liability company interests in P-Lincs 2004-R04, L.L.C., a Delaware limited liability company* | Unknown |
| Limited liability company interests in P-Lincs 2004-S02 LLC, a Delaware limited liability company* | Unknown |
| Limited liability company interests in P-Lincs 2005-R07 LLC, a Delaware limited liability company | Unknown |

| | |
|---|---|
| Limited liability company interests in P-Lincs 2005-R08 LLC, a Delaware limited liability company* | Unknown |
| Limited liability company interests in P-Lincs 2006-S04 LLC, a Delaware limited liability company | Unknown |
| Limited liability company interests in Pure Capital LLC, a Delaware limited liability company | Unknown |
| Limited liability company interests in Pure Management 7, LLC, a Delaware limited liability company | Unknown |
| Limited liability company interests in Smarthedge, LLC, a Delaware limited liability company* | Unknown |
| Limited liability company interests in Smarthedge Direct, LLC, a Delaware limited liability company | Unknown |

* Fairstar Resources Ltd. purports to have sold part or all of the indicated assets at various constable sales from 2009 to 2010. Debtor alleges that the sale of these interests was improper and ineffective and reserves all rights in connection therewith, including without limitation the right to obtain declaratory relief to vacate any such purported sale.

In re    **American Institutional Partners, LLC**          Case No.    **11-10709**

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **See Attachment B21** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 35,218,500.00 |

Sheet _4_ of _5_ continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

**Attachment B21:**

**21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each.**

1.      Claims of Debtor for damages against Barry Silverton and/or affiliates and associates, and/or others acting in concert with him or them, in connection with, among other things, alleged misrepresentations and/or fraud by such parties to or on Debtor, and alleged tortious interference by such parties with Debtor's actual and/or potential economic relations.  [Value: Unknown]

2.      Claims of Debtor for damages (including consequential and punitive damages) and/or equitable relief against Fairstar Resources Ltd., Goldlaw Pty Ltd., Kirton & McConkie, Kevin Robertson individually, and/or others associated or acting in concert with them, jointly and severally, for trespass, conversion, misappropriation and other torts, in connection with their obtaining and enforcement of a judgment against Debtor, including without limitation for (1) the alleged wrongful seizure, possession, distribution and/or use of documents and other personal property of Debtor in and/or following March 2009, and (2) the alleged wrongful disclosure and/or use of confidential and/or proprietary information of Debtor in and/or following March 2009.  [Value: Unknown]

3.      Claims of Debtor for damages against AD Capital, LLC, A.J. DiScala and/or others associated or acting in concert with them, for alleged misrepresentation, fraud and/or other wrongful actions.  [Value: Unknown]

In re     **American Institutional Partners, LLC**                        Case No.     **11-10709**

_____,
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | 4/6/09 | | | | | |
| **DPR Management, LLC** **c/o Mark H. Robbins** **c/o Pearson Law, P.C.** **10421 S. Jordan Gtwy, Ste. 600** **South Jordan, UT 84095** | - | | | | **Loan Guarantee** **Secured by all assets of Debtor** | | | | | |
| | | | | | Value $       35,218,500.00 | | | | 375,000.00 | 0.00 |
| Account No. | | | | | **Various** | | | | | |
| **Durham Jones & Pinegar** **111 East Broadway, Suite 900** **Salt Lake City, UT 84111** | - | | | | **Trade Debt (Legal Services)** **Secured by all assets of Debtor** | | X | | | |
| | | | | | Value $       35,218,500.00 | | | | 1,800,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | | | |
|---|---|---|---|
| | Subtotal (Total of this page) | 2,175,000.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 2,175,000.00 | 0.00 |

In re   **American Institutional Partners, LLC**                        ,        Case No.    **11-10709**

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

In re   **American Institutional Partners, LLC**                                          ,   Case No. ___**11-10709**___
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 2008 | | | | | |
| **Internal Revenue Service** **50 South 200 East** **Salt Lake City, UT 84111** | - | | | | | | X | 62,593.30 | 0.00 62,593.30 |
| Account No. | | | | 2008 | | | | | |
| **Salt Lake County Assessor** **2001 S. State Street** **Salt Lake City, UT 84109** | - | | | | | | X | 4,266.00 | 0.00 4,266.00 |
| Account No. | | | | 2008 | | | | | |
| **Utah State Tax Commission** **210 North 1950 West** **Salt Lake City, UT 84134** | - | | | | | | X | 1,500.00 | 0.00 1,500.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | | 0.00 |
| | | 68,359.30 | 68,359.30 |
| | Total (Report on Summary of Schedules) | | 0.00 |
| | | 68,359.30 | 68,359.30 |

In re   **American Institutional Partners, LLC**                                    Case No.   **11-10709**
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Call Tower 5 Thomas Mellon Cir., Ste 305 San Francisco, CA 94134 | - | | Trade debt | | X | | 2,314.84 |
| Account No. | | | 2008 | | | | |
| D&D Aviation 470 North 2400 West #223 Salt Lake City, UT 84116 | - | | Trade debt | | X | | 400,000.00 |
| Account No. | | | 2008 | | | | |
| David L. Ray, Chapter 7 Trustee c/o Holme Roberts & Owen LLP 800 West Olympic Boulevard, 4th Floor Los Angeles, CA 90015 | - | | Litigation Claims | X | X | X | 325,000.00 |
| Account No. | | | Various | | | | |
| DirecTV P.O. Box 60036 Los Angeles, CA 90060 | - | | Trade debt | | X | | 165.02 |
| | | | Subtotal (Total of this page) | | | | 727,479.86 |

_3_   continuation sheets attached

In re __American Institutional Partners, LLC_____,    Case No. ___11-10709_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | 2008 Judgment | | | | |
| Fairstar Resources Ltd. Goldlaw Pty. Ltd c/o Kirton & McConkie 60 E. So. Temple, #1800 Salt Lake City, UT 84111 | - | | Subject to setoff. | | | X | 1,800,000.00 |
| Account No. | | | 2007 Trade debt | | | | |
| Jones Waldo Holbrook & McDonough PC 170 S. Main Street, Suite 1500 Salt Lake City, UT 84101 | - | | | | X | | 555,000.00 |
| Account No. | | | 2008 Trade debt | | | | |
| Kim Haskins Farmington, UT | - | | | | | | 8,000.00 |
| Account No. | | | Various Trade debt | | | | |
| Les Olson Company P.O. Box 65598 Salt Lake City, UT 84165 | - | | | | X | | 245.64 |
| Account No. | | | 2009 Contract Liability | | | | |
| Michael Peterson 17 Canary Court Danville, CA 94526 | - | | | | X | | 300,000.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,663,245.64

In re    **American Institutional Partners, LLC**                    ,        Case No.   **11-10709**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Payne & Fears LLP**<br>**4 Park Plaza, Ste. 1100**<br>**Irvine, CA 92614** | - | | 1/29/09<br>**Default Judgment** | | | X | 48,452.56 |
| Account No. <br><br>**Rama Ramachandran**<br>**c/o Bibianne U. Fell**<br>**4330 LaJolla Village Drive #310**<br>**San Diego, CA 92122** | - | | 2008<br>**Loan**<br>   **Subject to setoff.** | | | X | 266,000.00 |
| Account No. <br><br>**Regions Bank**<br>**c/o Evans LeRoy & Hackett PLLC**<br>**One Central Plaza, Suite 800**<br>**835 Georgia Avenue**<br>**Chattanooga, TN 37402** | - | | 2006<br>**Loan** | X | X | X | 2,784,733.00 |
| Account No. <br><br>**Rodney Rassmussen**<br>**2149 South 2200 East**<br>**Salt Lake City, UT 84109** | - | | 2009<br>**Contract Liability** | | X | | 300,000.00 |
| Account No. <br><br>**Seven Investments, LLC**<br>**c/o Mark H. Robbins**<br>**c/o Pearson Law, P.C.**<br>**10421 S. Jordan Gtwy., Ste. 600**<br>**South Jordan, UT 84095** | - | | 2005<br>**Loan** | | | | 5,000,000.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            8,399,185.56<br>(Total of this page)

In re     **American Institutional Partners, LLC**                    Case No.  ___**11-10709**_____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | Various Trade debt | | | | |
| **The Motley Fool 2000 Duke St. 4th Fl. Alexandria, VA 22314** | - | | | | | X | | |
| | | | | | | | | 1,559.25 |
| Account No. | | | | Various Trade debt | | | | |
| **Webb Audio Visual 3020 S. West Temple Salt Lake City, UT 84115** | - | | | | | X | | |
| | | | | | | | | 106.80 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,666.05 |
| Total (Report on Summary of Schedules) | 11,791,577.11 |

In re    **American Institutional Partners, LLC**              Case No.    __**11-10709**__

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Seven Investments, LLC**<br>**c/o Mark H. Robbins**<br>**c/o Pearson Law, P.C.**<br>**10421 S. Jordan Gtwy. Ste 600**<br>**South Jordan, UT 84095** | **Operating Agreement- Debtor has ongoing non financial indemnification obligations to its present and former managers and members only.** |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **American Institutional Partners, LLC**                          ,    Case No.    **11-10709**

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AIP Lending, LLC<br>c/o Mark H. Robbins<br>c/o Pearson Law, P.C.<br>10421 S. Jordan Gtwy., Ste 600<br>South Jordan, UT 84095 | DPR Management, LLC<br>c/o Mark H. Robbins<br>c/o Pearson Law, P.C.<br>10421 S. Jordan Gtwy., Ste 600<br>South Jordan, UT 84095 |
| AIP Lending, LLC<br>c/o Mark H. Robbins<br>c/o Pearson Law, P.C.<br>10421 S. Jordan Gtwy., Ste 600<br>South Jordan, UT 84095 | Fairstar Resources Ltd.<br>Goldlaw Pty. Ltd<br>c/o Kirton & McConkie<br>60 E. So. Temple, #1800<br>Salt Lake City, UT 84111 |
| AIP Resort Development, LLC<br>c/o Anna Drake, P.C.<br>175 S. Main St., Ste. 300<br>Salt Lake City, UT 84111 | Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>Salt Lake City, UT 84111 |
| Mark H. Robbins<br>c/o Pearson Law, P.C.<br>10421 S. Jordan Gtwy., Ste 600<br>South Jordan, UT 84095 | Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>Salt Lake City, UT 84111 |
| Mark H. Robbins<br>c/o Pearson Law, P.C.<br>10421 S. Jordan Gtwy., Ste. 600<br>South Jordan, UT 84095 | Fairstar Resources Ltd.<br>Goldlaw Pty. Ltd<br>c/o Kirton & McConkie<br>60 E. So. Temple, #1800<br>Salt Lake City, UT 84111 |
| P-Lincs 2004-R04, L.L.C.<br>c/o Mark H. Robbins<br>c/o Pearson Law, P.C.<br>10421 S. Jordan Gtwy., Ste 600<br>South Jordan, UT 84095 | David L. Ray, Chapter 7 Trustee<br>c/o Holme Roberts & Owen LLP<br>800 West Olympic Boulevard, 4th Floor<br>Los Angeles, CA 90015 |
| Peninsula Advisors, LLC<br>c/o Mark H. Robbins<br>c/o Pearson Law, P.C.<br>10421 S. Jordan Gtwy., Ste 600<br>South Jordan, UT 84095 | Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>Salt Lake City, UT 84111 |
| Seven Investments, LLC<br>c/o Mark H. Robbins<br>c/o Pearson Law, P.C.<br>10421 S. Jordan Gtwy., Ste. 600<br>South Jordan, UT 84095 | Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>Salt Lake City, UT 84111 |

0

_____ continuation sheets attached to Schedule of Codebtors

**Addendum to Schedules of Assets and Liabilities**
***In re* American Institutional Partners, LLC (11-10709 (MFW)) (Bankr. D. Del.)**

- The property values listed on Schedule B are approximate values.

- The claim amount assigned to the Seven Investments, LLC note claim on Schedule F is an approximation.

- In light of the immediately prior two points, the "total" figures on the "Summary of Schedules" page are approximations.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF
## CORPORATION OR PARTNERSHIP

In or about March of 2009, Fairstar Resources Ltd. and its counsel Kirton & McConkie seized the computers and servers containing the records and books of account of the Debtor and its subsidiaries and affiliates. The Debtor believes such seizure and continued possession of such items to be improper and has requested that such computers, servers, records and books of account be returned to the Debtor, but neither Fairstar Resources Ltd. nor Kirton & McConkie has complied with the Debtor's requests. Accordingly, although the accompanying schedules are true and correct in all material respects to the best knowledge, information and belief of the Debtor, the Debtor has compiled such schedules using all commercially reasonable efforts in good faith but without the benefit (to date) of reviewing many of its own records, books of account and/or documents that will be available once the Debtor and its professional advisors have access to such items.

Subject to the foregoing statement, I declare under penalty of perjury that I have read the answers contained in the foregoing schedules and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date: May 3, 2011

Mark H. Robbins
Manager