U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware 19801
Tel. (302) 573-6491       Fax (302) 573-6497

CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTOR: American Institutional Partners, LLC

CASE NUMBER: 11-10709(MFW)

DATE PETITION FILED: 03/09/2011

TIME OF MEETING: 11:00a.m.

PLACE OF MEETING: U. S. Federal Bldg.; 844 King Street, Room 5209, Wilmington, DE 19801

ORIGINAL 341 (a): 04/08/2011

ADJOURNED 341 (a) 05/1/04/11

DEBTORS ATTORNEY (APPEARING): Jack McLaughlin


COUNSEL/CRED/COMM. (APPEARING): N/A
FIRM NAME:

WITNESS (NAME & TITLE): Mark Robbins, Manager
SCHEDULES FILED: 05/31/11                                              NO ( )

WHY HAVE SCHEDULES NOT BEEN FILED: N/A

WHEN WILL SCHEDULES BE FILED: N/A

HAS DEBTOR FILED INTERIM REPORTS:     YES (X)         NO ( )

IF NO, WHY NOT: Extension Given

WERE QUARTERLY FEES EXPLAINED:     YES (X)         NO ( )

                                                      /s/David M. Klauder
                                                      David M. Klauder
                                                      Trial Attorney

DATE: May 4, 2011                    CONCLUDED (X)    CONTINUED ( )


MEETING CONTINUED TO OPEN DATE: ( )
MEETING CONTINUED TO SET DATE: