# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 11-10709 (MFW) |
| AMERICAN INSTITUTIONAL | : |
| PARTNERS, LLC, | : |
| | : |
| Debtor. | : Re: Docket No. 22 |

## ORDER GRANTING DEBTOR A SECOND EXTENSION OF TIME
## TO FILE ITS SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

This matter came before the Court on the motion of American Institutional Partners, LLC (the "Debtor") for entry of an order granting the Debtor an extension of time to file its Schedules and Statements of Financial Affairs through May 3, 2011 (the "Motion"); all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that adequate notice of the Motion has been given; and the Court having read and considered the Motion, objections to the Motion, if any, and arguments of any counsel appearing regarding the relief requested in the Motion at a hearing before the Court; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor's estate, all creditors and parties in interest; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the time within which the Debtor must file its Schedules of Assets and Liabilities and Statements of Financial Affairs under Bankruptcy Rule 1007 is extended through and including **May 3, 2011**; and it is further

ORDERED that the entry of this Order shall be without prejudice to the Debtor's right to seek further extensions of time within which to file its Schedules of Assets and Liabilities and Statements of Financial Affairs.

Dated: May 17, 2011
Wilmington, Delaware

Mary F. Walrath
Bankruptcy Judge