IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 11-10709 (MFW) |
| American Institutional Partners, LLC, | : |
| Debtor. | : |
| | : Re: **Docket No. 24** |

## CERTIFICATION OF NO OBJECTION

On May 2, 2011, American Institutional Partners, LLC (the "Debtor"), filed the **Debtor's Motion for a Third Extension of Time to File Certain Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Objections to the Motion were to be filed and served no later than May 27, 2011, at 4:00 p.m.

The undersigned hereby certifies that, as of the date hereof, there has been no answer, objection or other responsive pleading to the Motion. The undersigned further certifies that upon review of the Court's docket in this case, no answer, objection or other responsive pleading to the Motion appears thereon. Accordingly, the Debtor respectfully requests that the court enter an Order approving the Motion at its earliest convenience.

Dated: 6-1-11

CIARDI CIARDI & ASTIN

John D. McLaughlin, Jr. (4123)
919 Market Street, Suite 700
Wilmington, DE 19803
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmclaughlin@ciardilaw.com

*Proposed Counsel to the Debtor*