## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| American Institutional Partners, LLC, | : Case No. 11-10709 (MFW) |
| | : |
| Debtor. | : **Re: Docket No. 39** |
| | : |

### ORDER SCHEDULING OMNIBUS HEARING DATES

The United States Bankruptcy Court for the District of Delaware has scheduled the following omnibus hearing dates in the above-captioned case:

July 21, 2011 at 11:30 a.m.

August 17, 2011 at 1:00p.m.

September 21, 2011 at 10:30 a.m.

October 20, 2011 at 10:30 a.m.

IT IS SO ORDERED this 9th day of June, 2011.

_____
Mary F. Walrath
Bankruptcy Judge